```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                  CASE NO. 05 B 03456
   PAUL L SEPUTIS
                                        CHAPTER 13

                                        JUDGE: JOHN H SQUIRES
          Debtor
   SSN XXX-XX-6543
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/02/05 and confirmed on 03/18/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  38833.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| HYUNDAI MOTOR FINANCE CO | SECURED | 16025.00 | 1601.58 | 16025.00 |
| ECAST SETTLEMENT CORP | SECURED | 500.00 | 36.13 | 500.00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 6075.98 | .00 | 5999.44 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2808.87 | .00 | 2773.49 |
| KOHLS | UNSECURED | 134.01 | .00 | 132.32 |
| MBNA | SPECIAL CLASS | NOT FILED | .00 | .00 |
| BILL BILISKIS | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| HYUNDAI MOTOR FINANCE CO | UNSECURED | 6287.01 | .00 | 6207.81 |
| ECAST SETTLEMENT CORP | UNSECURED | 603.49 | .00 | 595.89 |

          Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 16525.00 | .00 | 15909.36 | .00 | 32434.36 |
| PRINCIPAL PAID | 16525.00 | .00 | 15708.95 | .00 | 32233.95 |
| INTEREST PAID | 1637.71 | .00 | .00 | .00 | 1637.71 |
| TOTAL PAID | 18162.71 | .00 | 15708.95 | .00 | 33871.66 |

The Debtor's attorney, PETER FRANCIS GERACI    , was allowed $   2700.00
and was paid $    2700.00 .

The Trustee received $    1678.34 .

Refunds to the Debtor totaled $     583.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 01/13/09                    /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE
```